8/3/10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANITA GORMAN,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
vs.                                              )        Case No. 10-2253-JAR-KMH
                                                 )
                                                 )
KANSAS DEPARTMENT OF LABOR, and                  )
MICHAEL MAHAN, in his individual capacity;       )
                                                 )
                    Defendants.                  )
                                                 )

## ORDER OF DISMISSAL

Plaintiff has filed a Motion to Dismiss With Prejudice (Doc. 3).  Being duly advised, for

good cause shown and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: August 31, 2010

                                    S/ Julie A. Robinson
                                   JULIE A. ROBINSON
                                   UNITED STATES DISTRICT JUDGE